160 A.3d 556

**SCALETTA, Jason Matthew**

v.

**STATE of Maryland**

**Pet. Docket No. 9, Sept. Term, 2017**

Court of Appeals of Maryland.

May 22, 2017

Opinion of the Court of Special Appeals unreported (No. 2586, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

160 A.3d 556

**SESAY, Pasheka**

v.

**STATE of Maryland**

**Pet. Docket No. 26, Sept. Term, 2017**

Court of Appeals of Maryland.

May 22, 2017

Opinion of the Court of Special Appeals unreported (No. 2391, Sept. Term, 2015).

Petition for writ of certiorari denied.